**Opinion issued April 20, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00117-CR

———————————

## IN RE JOEY SULA, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Joey Sula seeks a writ of mandamus to compel the trial court to rule on his motion for judgment nunc pro tunc, seeking to remove an order that he pay restitution as a condition of parole.* Sula also has requested an emergency stay of enforcement of the restitution order.

---

\* The underlying case is *The State of Texas v. Joey Sula*, cause number 48258, pending in the 400th District Court of Fort Bend County, Texas, the Honorable W. G. Woods, Jr. presiding.

We deny the petition. The motion for temporary relief and any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).